892

No. 83–59. AMERICAN INTERNATIONAL COAL CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 83–66. COLOMA COMMUNITY SCHOOL DISTRICT *v.* BERRY ET AL.; and

No. 83–254. FELLNER ET AL. *v.* BERRY ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 698 F. 2d 813.

No. 83–75. SAAVEDRA, INDIVIDUALLY, AND DBA SAAGAN MOVING & STORAGE CO. *v.* DONOVAN, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 83–84. BALK *v.* UNITED STATES INTERNATIONAL COMMUNICATION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–107. COMMITTEE FOR AN INDEPENDENT P–I ET AL. *v.* SMITH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–109. FIRST ARABIAN CORP., S.A. *v.* PHARAON. C. A. 6th Cir. Certiorari denied.

No. 83–116. SHAHEED *v.* ADAM METAL & SUPPLY CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–125. PENNTECH PAPERS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–127. HAMMERHEAD ENTERPRISES, INC., ET AL. *v.* BREZENOFF ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–152. KARAPINKA *v.* UNION CARBIDE CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–178. WESTERN COMPANY OF NORTH AMERICA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–188. OLSEN ET AL. *v.* CBS MUSICAL INSTRUMENTS, A DIVISION OF COLUMBIA BROADCASTING SYSTEMS, INC. C. A. 10th Cir. Certiorari denied.